SCWC-13-0000032

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellant,

vs.

STEVEN ALLEN SMITH, Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000032; CR. NO. 11-1-1804)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Chan, assigned due to vacancy)

Petitioner/Plaintiff-Appellant State of Hawaii's

application for writ of certiorari filed on February 27, 2014, is

hereby rejected.

DATED:  Honolulu, Hawai'i, April 8, 2014.

James M. Anderson
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Derrick H.M. Chan

